UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20299-CR-LENARD

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LIZETTE GARCIA,

      Defendant.

_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around November 2012, and continuing until in or around at least May 2013, the defendant, Lizette Garcia ("Garcia" or the "defendant"), knowingly and willfully offered and paid health care kickbacks, in violation of 42 U.S.C. § 1320a-7b(b)(2). Medicare is a "health care benefit program" of the United States, as defined in 18 U.S.C. § 24. Furthermore, Medicare is a health care benefit program affecting commerce.

The defendant worked at Anna Nursing Services Corp. ("Anna Nursing"), a Miami home health care agency that purported to provide home health and therapy services to Medicare beneficiaries. The owners and operators of Anna Nursing agreed to and actually did operate Anna Nursing for the purpose of billing the Medicare program for, among other things, expensive physical therapy and home health care services that were not medically necessary and/or were not provided.

On behalf of the owners and operators of Anna Nursing, Garcia paid kickbacks and bribes to patient recruiters, including a kickback on February 12, 2013 in the amount of $5,100. These kickbacks and bribes were paid in return for these recruiters providing patients to Anna

1

Nursing for home health care and therapy services that were medically unnecessary and/or were not provided.   Anna Nursing then billed the Medicare program on behalf of the recruited patients, which Garcia knew was in violation of federal criminal laws.

From approximately October 2010 through approximately April 2013, Anna Nursing was paid by Medicare approximately $7 million for fraudulent claims for home health services that were not medically necessary and/or not provided.

As a result of Garcia's participation in the fraud perpetrated at Anna Nursing, the Medicare program fraudulently paid Anna Nursing more than $30,000, but less than $70,000 for purported home health care services.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me.   It does not include all of the facts known to me concerning criminal activity in which I and others engaged.   I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

Date: 6/16/14

By: _____
LIZETTE GARCIA
DEFENDANT

Date: 6/16/14

By: _____
ERNESTO S. MEDINA
COUNSEL FOR LIZETTE GARCIA