UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20299-CR-LENARD

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.

**LIZETTE GARCIA,**

      **Defendant.**
_____/

## NOTICE REGARDING STATUS OF RULE 35 MOTION

As requested by the Court during the sentencing hearing held on August 27, 2014 (D.E. # 71), the United States of America, by and through the undersigned attorney, hereby gives notice to the Court and the defendant that at this time it does not intend to file on behalf of the defendant a motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  _____/s/_____
ANNE P. MCNAMARA
TRIAL ATTORNEY
Court ID No. A5501847
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 304-2946
anne.mcnamara@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on September 4, 2014, I electronically filed and served the foregoing document with the Clerk of the Court using CM-ECF.

                                                                  _____/s/_____
ANNE P. MCNAMARA
TRIAL ATTORNEY
Court ID No. A5501847
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 304-2946
anne.mcnamara@usdoj.gov